```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0066--CV (JKS)
           "MARK R.M. HOLMSTRAND V NEW YORK LIFE INS CO"

       Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 04/04/05
            Closed: NO

       Jurisdiction: (4) Diversity (see citizenship of parties)
      PLF Diversity: (1) Citizen of This State
      DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

     Nature of Suit: (110) Insurance

             Origin: (2) Removed from State Court
             Demand: 100
         Filing fee: Paid $250.00 on 04/04/05 receipt # 00125412
           Trial by: Jury
```

Parties of Record:                                  Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | HOLMSTRAND, MARK R.M. | Jeffrey K. Rubin<br>Friedman Rubin & White<br>1126 Highland Avenue<br>Bremerton, WA 98337-1828<br>360-782-4300<br>FAX 360-782-4358 |
| DEF 1.1 | NEW YORK LIFE INSURANCE CO | Brewster H. Jamieson<br>Lane Powell et al<br>301 W. Northern Lights Boulevard<br>Suite 301<br>Anchorage, AK 99503-2648<br>907-277-9511<br>FAX 907-276-2631 |
| DEF 2.1 | PAUL REVERE LIFE INSURANCE CO | Brewster H. Jamieson<br>(see above) |
| DEF 3.1 | UNUMPROVIDENT CORP | Brewster H. Jamieson<br>(see above) |
| DEF 4.1 | GENEX | Brewster H. Jamieson<br>(see above) |
| DEF 5.1 | LEIMGRUBER, ROBERT | Scott J. Hendricks Leuning<br>Clapp Peterson et al<br>711 H Street, Suite 620<br>Anchorage, AK 99501<br>907-272-9272 |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0066--CV (JKS)
           "MARK R.M. HOLMSTRAND V NEW YORK LIFE INS CO"

                       For all filing dates
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 04/04/05
             Closed: NO

       Jurisdiction: (4) Diversity (see citizenship of parties)
      PLF Diversity: (1) Citizen of This State
      DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

     Nature of Suit: (110) Insurance

             Origin: (2) Removed from State Court
             Demand: 100
         Filing fee: Paid $250.00 on 04/04/05 receipt # 00125412
           Trial by: Jury
```

```
Document #   Filed       Docket text

    1 -  1   04/04/05    DEF 1-5 Notice of Removal from Superior Court 3AN-05-05600CI w/att exhs.

    2 -  1   04/04/05    DEF 1-5 Service List.

    3 -  1   04/04/05    DEF 1-4 Corporate Disclosure.

    4 -  1   04/06/05    JKS Minute Order to petitioner subsequent to removal.  Petitioner to
                         file w/i 10 days copies of state court docs and svc list. cc: cnsl

    5 -  1   04/12/05    DEF 1-4 Answer to Complaint.

    6 -  1   04/12/05    DEF 1-4 Notice of compliance w/att exhs.

    6 -  2   04/12/05    PLF 1 Jury Demand.

    7 -  1   05/03/05    PLF 1 motion for remand & to strike the aff of Robert J. Guite &
                         supporting memorandum w/att exhs.

    8 -  1   05/23/05    DEF 5 Attorney Appearance of S. Leuning.

    9 -  1   05/23/05    DEF 5 joinder in removal of case from state to federal court w/att aff.

   10 -  1   05/23/05    DEF 1-4 opposition to PLF 1 motion for remand & to strike the aff of
                         Robert J. Guite (7-1) w/att aff & exh.

   11 -  1   05/23/05    DEF 1-4 Notice of flg unsigned aff in support of oppo to PLF 1 motion
                         for remand & to strike the aff of Robert J. Guite (7-1).

   12 -  1   05/31/05    DEF 1-4 Amended certificate of svc re: oppo to: PLF 1 motion for remand
                         & to strike the aff of Robert J. Guite & supporting memorandum (7-1).

   13 -  1   06/01/05    PLF 1 reply to opposition to PLF 1 motion for remand & to strike the aff
                         of Robert J. Guite & supporting memorandum (7-1).

   14 -  1   06/03/05    DEF 5 Supplement re: joinder in removal of case from state to federal
                         court w/att exhs.
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A05-0066--CV (JKS)
"MARK R.M. HOLMSTRAND V NEW YORK LIFE INS CO"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 15 - 1 | 06/07/05 | PLF 1 Withdrawal of motion for remand. |
| 15 - 2 | 06/07/05 | Clerk's Notice withdrawing motion for remand & to strike the aff of Robert J. Guite (7-1). |
| 16 - 1 | 06/14/05 | DEF 5 Attorney Appearance of S.Leuning. |
| 17 - 1 | 06/14/05 | DEF 5 Jury Demand. |
| 18 - 1 | 06/14/05 | DEF 5 Answer to Complaint. |
| 19 - 1 | 06/15/05 | JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/in 28 days from svc of this ord. cc: cnsl |
| 20 - 1 | 06/28/05 | PLF 1 Return of Service Executed re: DEF 1,2, & 3 on 3/7/05 and DEF 5 on 6/1/05. |
| 21 - 1 | 07/13/05 | PLF 1; DEF 1-5 Stipulation for ext of time to 7/19 to file rule 26 report. |
| 21 - 2 | 07/13/05 | JWS Order granting stipulation for ext of time to 7/19 to file rule 26 report (21-1). cc: cnsl |
| 22 - 1 | 07/20/05 | PLF 1; DEF 1-5 Scheduling and Planning Conference Report. |
| 23 - 1 | 07/26/05 | JKS Scheduling and Planning Order setting pretrial deadlines: Original discovery 03/01/06; Dispositive motions deadline 04/06/06; Estimate of trial 8 days. cc: cnsl |
| 24 - 1 | 10/05/05 | PLF 1 motion to set reasonable deposition fee for physician fact witness and supporting memorandum w/att declarations & exh. |
| 25 - 1 | 10/17/05 | DEF 1-4 Stipulated protective order. |
| 25 - 2 | 10/20/05 | JWS Order granting stipulated protective order (25-1). cc: cnsl |
| 26 - 1 | 10/24/05 | DEF 1-4 opposition to PLF 1 motion to set reasonable deposition fee for physician fact witness (24-1) w/att decl. |
| 27 - 1 | 10/31/05 | PLF 1 reply to opposition to PLF 1 motion to set reasonable deposition fee for physician fact witness (24-1) w/att exhs. |
| 28 - 1 | 11/02/05 | PLF 1 Amended cert of svc re: reply to oppo re: PLF 1 motion to set reasonable deposition fee for physician fact witness and supporting memorandum (24-1). |
| 29 - 1 | 11/14/05 | Stipulation for ext of time re: experts. |
| 29 - 2 | 11/18/05 | JWS Order granting stipulation for ext of time re: experts (29-1). cc: cnsl |