Jeffrey K. Rubin (AK Bar No. 8206061)
FRIEDMAN, RUBIN & WHITE
1227 West 9th Ave., Suite 201
Anchorage, AK 99501
Phone: 907-258-0704
Fax: 907-278-6449
e-mail: jrubin@frwlaw.us

Richard H. Friedman (AK Bar No. 7911099)
Friedman, Rubin & White
1126 Highland Avenue
Bremerton, WA 98337
Phone: 360-782-4300
Fax: 360-782-4358
e-mail: rfriedman@frwlaw.us



FILED
DEC 05 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK R.M. HOLMSTRAND,<br><br>    Plaintiff,<br><br>    vs.<br><br>NEW YORK LIFE INSURANCE COMPANY, a foreign corporation, PAUL REVERE LIFE INSURANCE COMPANY, a Massachusetts Corporation, UNUMPROVIDENT CORPORATION, a Delaware Corporation (d/b/a, inter alia, Paul Revere Life Insurance Company, Unum Life Insurance Company, a Maine Corporation, Provident Life and Accident Insurance Company, a Tennessee Corporation, and GENEX, a Pennsylvania Corporation) and ROBERT LEIMGRUBER, an Ohio Resident. | Case No. A05-0066 CV (JKS)<br><br>**PLAINTIFF'S FIRST MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM DEFENDANTS NEW YORK LIFE, PAUL REVERE LIFE INSURANCE COMPANY AND UNUMPROVIDENT CORPORATION** |

Plaintiff's First Motion to Compel Production of Documents from Defendants New York Life, Paul Revere Life Insurance Company and UnumProvident Corporation          1          A05-066 CV (JKS)

32

COMES NOW plaintiff, Mark Holmstrand, by and through his attorneys and pursuant to FRCP 37(a)(2)(B) moves to compel the production of documents sought through plaintiff's first requests for production pursuant to FRCP 34. In particular plaintiff moves to compel the production of documents responsive to the following requests for production:

- Paul Revere Life Insurance Company: RFP A.5, A.6, A.8-A.10, A.12, A.13, A.19, A.20, A.22, B.5- B.17, C.3-C.13, C.17, C.18;
- UnumProvident Corporation: RFP A.5-6, A.8-10, A.12, A.13, A.19, A.20, A.22, B.5-B.17, C.3-13, C.19, C.20; and
- New York Life Insurance Company: RFP A.4, A.5, A.7-A.9, B.5-B.16, C.3-C.5.

Defendants' responses to the requests for production (including the requests themselves) are attached hereto as Appendices A-C.

This motion is further supported by theaccompanying memorandum of points and authorities and exhibits. Undersigned counsel hereby certifies that he has attempted to confer with counsel for defendants in an effort to secure the information without intervention of the court. Plaintiff's counsel provided defense counsel with a letter identifying issues of concern on November 14, 2005. As of the date of this memorandum no substantive response has been received, though defense counsel has indicated defendants will be providing some response by December 9, 2005. Defense counsel has informed plaintiff's counsel that even with that future response he believes a motion to compel is inevitable. Plaintiff's counsel has informed defense counsel of his continued willingness to meet and confer and his willingness to withdraw all or part of this motion should accommodation be reached.

Because plaintiff's memorandum addresses documents that have been produced pursuant to the stipulated protective order in this case, it is filed under seal. Similarly, because certain of the exhibits to plaintiff's memorandum are subject to protective order, they too are filed under seal.

Plaintiff's First Motion to Compel Production of Documents from Defendants New York Life, Paul Revere Life Insurance Company and UnumProvident Corporation

2

A05-066 CV (JKS)

1  DATED this 2nd day of December, 2005.

_____
Jeffrey K. Rubin, AK Bar No. 8206061
Friedman, Rubin & White
Attorneys for Mark Holmstrand

Plaintiff's First Motion to Compel Production of Documents from Defendants New York Life, Paul Revere Life Insurance Company and UnumProvident Corporation   3   A05-066 CV (JKS)