**FILED**
**DEC 22 2005**
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

# MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*Holmstrand v. New York Life Insurance Co., et al.*
Case No. A05-0066 CV (JKS)

By:              THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:    Dan Maus, Case Management: 677-6123*

PROCEEDINGS:    ORDER FROM CHAMBERS

    Defendants New York Life Insurance Company, et al., have moved to file an amended answer and counterclaim. Docket No. 30. Plaintiff has not filed an opposition. The motion is **GRANTED**.

**IT IS SO ORDERED.**

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: December 22, 2005

\*    ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion. *See* FED. R. CIV. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b). No one should telephone, fax, or write to chambers regarding pending cases. The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.

A05-0066--CV (JKS)  pm 12-22-05

J. RUBIN
B. JAMIESON (LANE)
S. LEUNING

38