Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:   907-277-9511
Facsimile:   907-276-2631
Email:       jamiesonb@lanepowell.com

Attorneys for Defendants New York Life Insurance
Company, Paul Revere Life Insurance Company,
UnumProvident Corporation, and Genex

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK R.M. HOLMSTRAND,<br><br>                            Plaintiff,<br><br>v.<br><br>NEW YORK LIFE INSURANCE COMPANY, a foreign corporation; PAUL REVERE LIFE INSURANCE COMPANY, a Massachusetts corporation; UNUMPROVIDENT CORPORATION, a Delaware corporation (d/b/a, *inter alia*, Paul Revere Life Insurance Company; Unum Life Insurance Company, a Maine corporation; Provident Life and Accident Insurance Company, a Tennessee Corporation; and GENEX, a Pennsylvania corporation); and ROBERT LEIMGRUBER, an Alaska resident,<br><br>                            Defendants. | Case No. A05-0066 CV (JKS)<br><br><br>**STIPULATION FOR<br>DISMISSAL WITH PREJUDICE** |

COME NOW, plaintiff Mark Holmstrand and defendants New York Life Insurance

Company, Paul Revere Life Insurance Company, UnumProvident Corporation, and Genex, by and

through their respective counsel, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil

Procedure, and stipulate that this action may be dismissed with prejudice as to the claims made by

plaintiff against defendants New York Life Insurance Company, Paul Revere Life Insurance

Company, UnumProvident Corporation, and Genex; and counterclaims made by defendants New

*(sidebar, left margin)* **LANE POWELL LLC** 301 West Northern Lights Boulevard, Suite 301 Anchorage, Alaska 99503-2648 Telephone 907.277.9511  Facsimile 907.276.2631

York Life Insurance Company, Paul Revere Life Insurance Company, UnumProvident Corporation, and Genex against plaintiff, with each of the parties to bear their own costs and attorney's fees.

This stipulation specifically does not dismiss plaintiff's claims against defendant Robert Leimgruber.

FRIEDMAN, RUBIN & WHITE
Attorney for Plaintiff

January 23, 2006
Date

By /s/Jeffrey K. Rubin
Jeffrey K. Rubin, ASBA No. 8206061

LANE POWELL LLC
Attorneys for New York Life Insurance Company, Paul Revere Life Insurance Company, Unum-Provident Corporation and Genex Services, Inc.

January 23, 2006
Date

By /s/Brewster H. Jamieson
Brewster H. Jamieson, ASBA No. 8411122

I certify that on January 23, 2006, a copy of the foregoing was served through the ECF system and/or mail on:

Jeffrey K. Rubin,Esq.
Friedman, Rubin & White
1227 West Ninth Avenue, Second Floor
Anchorage, Alaska 99501-3218

Scott J. Hendricks Leuning, Esq.
Clapp Peterson Stowers
711 H Street, Suite 620
Anchorage, Alaska 99501-3442

/s/Nanci L. Biggerstaff
Nanci L. Biggerstaff, CPS, PLS
116008.0029/153236.11

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631