Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com

Attorneys for Defendants New York Life Insurance
Company, Paul Revere Life Insurance Company,
UnumProvident Corporation, and Genex

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK R.M. HOLMSTRAND,<br><br>                            Plaintiff,<br><br>v.<br><br>NEW YORK LIFE INSURANCE COMPANY, a foreign corporation; PAUL REVERE LIFE INSURANCE COMPANY, a Massachusetts corporation; UNUMPROVIDENT CORPORATION, a Delaware corporation (d/b/a, *inter alia*, Paul Revere Life Insurance Company; Unum Life Insurance Company, a Maine corporation; Provident Life and Accident Insurance Company, a Tennessee Corporation; and GENEX, a Pennsylvania corporation); and ROBERT LEIMGRUBER, an Alaska resident,<br><br>                            Defendants. | Case No. A05-0066 CV (JKS)<br><br><br><br>**ORDER OF<br>DISMISSAL OF CERTAIN PARTIES** |

      THIS COURT, having considered the Stipulation for Dismissal entered into between plaintiff Mark R.M. Holmstrand and defendants New York Life Insurance Company, Paul Revere Life Insurance Company, UnumProvident Corporation, and Genex;

      IT IS HEREBY ORDERED that all claims made by plaintiff against defendants New York Life Insurance Company, Paul Revere Life Insurance Company, UnumProvident Corporation, and Genex, are DISMISSED WITH PREJUDICE, all parties to bear their own costs and attorneys' fees.

**Order re Dismissal of Certain Parties**
*Holmstrand v. New York Life Insurance Company, et al.* **(Case No. A05-0066 CV (JKS))**                                Page 1 of 2

Plaintiff's claims against defendant Robert Leimgruber are not dismissed.

DATED this _____ day of January, 2006.

_____
The Honorable James K. Singleton, Jr.
United States District Court Judge

I certify that on January 23, 2006, a copy of the foregoing was served through the ECF system and/or mail on:

Jeffrey K. Rubin, Esq.
Friedman, Rubin & White
1227 West Ninth Avenue, Second Floor
Anchorage, Alaska  99501-3218

Scott J. Hendricks Leuning, Esq.
Clapp Peterson Stowers
711 H Street, Suite 620
Anchorage, Alaska  99501-3442

 /s/Nanci L. Biggerstaff
Nanci L. Biggerstaff, CPS, PLS
116008.0029/153239.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631