Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:  907-277-9511
Facsimile:  907-276-2631
Email:  jamiesonb@lanepowell.com

Attorneys for Defendants New York Life Insurance
Company, Paul Revere Life Insurance Company,
UnumProvident Corporation, and Genex

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK R.M. HOLMSTRAND,<br><br>    Plaintiff,<br><br>v.<br><br>NEW YORK LIFE INSURANCE COMPANY, *et al.*,<br><br>    Defendants. | Case No. A05-0066 CV (JKS)<br><br>**ERRATA** |

Defendants New York Life Insurance Company, Paul Revere Life Insurance Company, UnumProvident Corporation, and Genex, by and through counsel, files this errata to provide the attached proposed Order re Dismissal of Certain Parties (Stipulation at Docket 41).

DATED this 23rd day of January, 2006.

        LANE POWELL LLC
        Attorneys for Defendants New York Life Insurance
        Company, Paul Revere Life Insurance Company,
        UnumProvident Corporation, and Genex


        By /s/ Brewster H. Jamieson
           Brewster H. Jamieson, ASBA No. 8411122

I certify that on January 23, 2006, a copy of the foregoing was served through the ECF system and/or mail on:

Jeffrey K. Rubin, Esq. (ECF)
Scott J. Hendricks Leuning, Esq. (Mail

 /s/Nanci L. Biggerstaff
Nanci L. Biggerstaff, CPS, PLS
116008.0029/153261.1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631