Jeffrey K. Rubin (AK Bar No. 8206061)
FRIEDMAN, RUBIN & WHITE
1227 West 9th Ave., Suite 201
Anchorage, AK 99501
Phone: 907-258-0704
Fax: 907-278-6449
e-mail: jrubin@frwlaw.us

Richard H. Friedman (AK Bar No. 7911099)
Friedman, Rubin & White
1126 Highland Avenue
Bremerton, WA 98337
Phone: 360-782-4300
Fax: 360-782-4358
e-mail: rfriedman@frwlaw.us

IN THE UNITED STATES DISTRIC COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK R.M. HOLMSTRAND,<br><br>    Plaintiff,<br><br>    vs.<br><br>NEW YORK LIFE INSURANCE COMPANY, a foreign corporation, PAUL REVERE LIFE INSURANCE COMPANY, a Massachusetts Corporation, UNUMPROVIDENT CORPORATION, a Delaware Corporation (d/b/a, inter alia, Paul Revere Life Insurance Company, Unum Life Insurance Company, a Maine Corporation, Provident Life and Accident Insurance Company, a Tennessee Corporation, and GENEX, a Pennsylvania Corporation) and ROBERT LEIMGRUBER, an Ohio Resident. | Case No. A05-0066 CV (TMB)<br><br>**ORDER GRANTING NON-OPPOSED MOTION TO EXTEND TIME TO FILE FINAL WITNESS LISTS AND PROVIDE EXPERT REPORTS and STIPULATION EXTENDING TIME TO CONDUCT EXPERT DEPOSITIONS**<br><br>**(Proposed)** |

UPON CONSIDERATION OF THE non-opposed motion to extend time to file final witness lists and the stipulation of the parties extending the time to conduct expert depositions, the Court grants the motion and accepts the stipulation.

Final witness lists shall be filed by February 21, 2006.

Expert reports in accordance with FRCP 26(a)(2) shall be made no later than February 21, 2006.

Depositions of experts, if any, shall be completed by March 31, 2006.

All other dates contained within the Scheduling and Planning Order (Docket No. 23) shall remain the same.

IT IS SO ORDERED.

DONE this __ day of _____, 2006.

_____
Timothy M. Burgess
United States District Court Judge

*Holmstrand v. New York Life, et al.*
Order

2

A05-0066 CV (TMB)