1  Jeffrey K. Rubin (AK Bar No. 8206061)
2  FRIEDMAN, RUBIN & WHITE
   1227 West 9th Ave., Suite 201
3  Anchorage, AK 99501
   Phone: 907-258-0704
4  Fax: 907-278-6449
   e-mail: jrubin@frwlaw.us
5
6  Richard H. Friedman (AK Bar No. 7911099)
   Friedman, Rubin & White
7  1126 Highland Avenue
   Bremerton, WA 98337
8  Phone: 360-782-4300
   Fax: 360-782-4358
9  e-mail: rfriedman@frwlaw.us
10
             IN THE UNITED STATES DISTRIC COURT
11                FOR THE DISTRICT OF ALASKA
12

13 MARK R.M. HOLMSTRAND,

14      Plaintiff,

15      vs.                                    Case No. A05-0066 CV (TMB)

16 NEW YORK LIFE INSURANCE                     **DECLARATION OF COUNSEL IN
   COMPANY, a foreign corporation, PAUL        SUPPORT OF NON-OPPOSED
17 REVERE LIFE INSURANCE COMPANY,              MOTION TO EXTEND TIME TO
   a Massachusetts Corporation,                FILE FINAL WITNESS LISTS AND
18 UNUMPROVIDENT CORPORATION, a                PROVIDE EXPERT REPORTS**
19 Delaware Corporation (d/b/a, inter alia, Paul
   Revere Life Insurance Company, Unum
20 Life Insurance Company, a Maine
21 Corporation, Provident Life and Accident
   Insurance Company, a Tennessee
22 Corporation, and GENEX, a Pennsylvania
   Corporation) and ROBERT
23 LEIMGRUBER, an Ohio Resident.

24

25
        I, Jeffrey K. Rubin, declare as follows:
26
        1.      I am a partner in the Law Offices of Friedman, Rubin & White, and am one of
27
   the attorneys for plaintiff Mark R.M. Holmstrand. I drafted plaintiff's Non-Opposed Motion to
28 *Holmstrand v. New York Life, et al.*                 1                         A05-0066 CV (TMB)
   Declaration of Counsel Re:Non-Opposed Motion
   to Extend Time To File Final Witness Lists
   and Exchange Expert Reports

Extend Time to File Final Witness Lists and Provide Expert Reports. The factual statements contained within ¶¶ 1 and 2 of the motion are based on either my personal knowledge or representations made to me by counsel for Mr. Leimgruber.

2.  Mr. Leimgruber is the sole remaining defendant in this matter. Should he not attend his deposition I anticipate that matters of proof will be greatly simplified as suggested in the ¶ 3 of the motion.

3.  As indicated in ¶ 4 of the motion there is additional discovery that plaintiff anticipates conducting should the matter not settle and continued litigation is necessary. In addition to the subpoena enforcement action there are outstanding interrogatories directed to Mr. Leimgrubers answers to which may affect expert opinions.

4.  I have spoken to Mr. Hendricks Leuning, counsel for Mr. Leimgruber on January 27th, 2006, provided him a draft copy of the motion as filed and he told me that he did not oppose the extension sought.

I declare under penalty of perjury that the above and foregoing is true and correct.

DATED this 27th day of January, 2006.

>                    /s/ Jeffrey K. Rubin
>                    Jeffrey K. Rubin
>                    AK Bar No. 8206061
>                    Friedman, Rubin & White
>
>                    Attorney for Plaintiff

*Holmstrand v. New York Life, et al.*                    2                    A05-0066 CV (TMB)
Declaration of Counsel Re:Non-Opposed Motion
to Extend Time To File Final Witness Lists
and Exchange Expert Reports