## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| MARK R.M. HOLMSTARND | v. | NEW YORK LIFE INSURANCE CO. |

THE HONORABLE TIMOTHY M. BURGESS

DEPUTY CLERK                                              CASE NO.  3:05-CV-00066-TMB

Dan Maus

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: February 22, 2006

    THIS COURT, having considered the Stipulation for Dismissal (Docket 41) entered into between plaintiff Mark R.M. Holmstrand and defendants New York Life Insurance Company, Paul Revere Life Insurance Company, UnumProvident Corporation, and Genex;

    IT IS HEREBY ORDERED that all claims made by plaintiff against defendants New York Life Insurance Company, Paul Revere Life Insurance Company, UnumProvident Corporation, and Genex, and counterclaims made by defendants New York Life Insurance Company, Paul Revere Life Insurance Company, UnumProvident Corporation, and Genex against plaintiff are **DISMISSED with prejudice**, all parties to bear their own costs and attorneys' fees.

    Plaintiff's claims against defendant Robert Leimgruber are not dismissed.

[]{IA.WPD*Rev.12/96}