1  Jeffrey K. Rubin, AK Bar 8206061
2  e-mail: jrubin@frwlaw.us
   FRIEDMAN, RUBIN & WHITE
3  1227 W. 9th Avenue, Second Floor
   Anchorage, Alaska 99501
4  Telephone: 907-258-0704
   Facsimile: 907-278-6449
5
6  Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| MARK R.M. HOLMSTRAND,<br><br>    Plaintiff/Counter-Defendant,<br><br>vs.<br><br>NEW YORK LIFE INSURANCE COMPANY, a foreign corporation, PAUL REVERE LIFE INSURANCE COMPANY, a Massachusetts Corporation, UNUMPROVIDENT CORPORATION, a Delaware Corporation (d/b/a, *inter alia,* Paul Revere Life Insurance Company, Unum Life Insurance Company, a Maine Corporation, Provident Life and Accident Insurance Company, a Tennessee Corporation, and GENEX, a Pennsylvania Corporation),<br><br>    Defendants/Counter-Plaintiffs<br><br>and ROBERT LEIMGRUBER, an Alaska Resident.<br><br>    Defendant. | Case No. A05-0066 CV (JKS)<br><br>**NOTICE OF PENDING SETTLEMENT** |

COMES NOW plaintiff/counter-defendant, Mark R.M. Holmstrand, by and through his attorneys and gives notice of the pending settlement of the above action. Plaintiff and defendant Robert Leimgruber have reached a settlement in this matter and the parties are working at finalizing settlement documents. Documents resolving the matters between them

*Holmstrand v. New York Life, et al.*       1      Case No. A05-0066 CV (JKS)
Notice of Pending Settlement

parties will be filed expeditiously upon completion of the settlement.  Settlement of the matter with defendant Leimgruber resolves this matter in its entirety.

Dated this 24th day of February, 2006.

/s/ Jeffrey K. Rubin
Jeffrey K. Rubin
AK Bar No.8206061
Friedman, Rubin & White
Attorney for Mark R.M. Holmstrand

I certify that a true and correct copy
of the foregoing document was served
by U.S. Mail on
Scott Hendricks Leuning
this 5th day of January, 2006.
/s/ Jeffrey K. Rubin
Jeffrey K. Rubin

*Holmstrand v. New York Life, et al.*  
Notice of Pending Settlement

2

Case No. A05-0066 CV (JKS)