Scott Hendricks Leuning, Esq.
Clapp Peterson Van Flein Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK  99501
907 272-9272 telephone
907 272-9586 facsimile
sleuning@cpsattorneys.com
Attorney for the Robert Leimgruber

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK R.M. HOLMSTRAND,                )<br>                                                             )<br>                              Plaintiff,      )<br>                                                             )<br>v.                                                         )<br>                                                             )<br>NEW YORK LIFE INSURANCE COMPANY, )<br>a foreign corporation; PAUL REVERE LIFE )<br>INSURANCE COMPANY, a Massachusetts )<br>corporation; UNUMPROVIDENT             )<br>CORPORATION, a Delaware corporation )<br>(d/b/a *inter alia*, Paul Revere Life Insurance )<br>Company; Unum Life Insurance Company, a )<br>Maine corporation; Provident Life and       )<br>Accident Insurance Company, a Tennessee )<br>corporation); and GENEX, a Pennsylvania )<br>corporation): and ROBERT LEIMGRUBER, )<br>an Alaskan resident,                               )<br>                                                             )<br>                              Defendants.  )<br>_____ ) | Case No. A05-66 CV (JKS) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**(Civil Rule 41(a)(1)[ii])**

Mark R.M. Holmstrand, Plaintiff, and Robert Leimgruber, Defendant, stipulate and agree pursuant to Federal Civil Rule 41(a)(1)[ii] that all claims which

STIPULATION OF DISMISSAL WITH PREJUDICE (Civil Rule 41(a)(1)[ii])
Holmstrand v. Leimgruber, Case No. A05-66 CV (JKS)
Page 1 of 3

were, or which could have been, the subject of the above-captioned litigation, shall be dismissed with prejudice. The parties have agreed to bear their respective attorney fees and costs.

DATED:_____   CLAPP, PETERSON, VAN FLEIN,
                                 TIEMESSEN & THORSNESS, LLC


                                 By: _____
                                     Scott Hendricks Leuning, ABA # 9708049
                                     Attorneys for Robert Leimgruber

DATED:_____   FRIEDMAN, RUBIN & WHITE


                                 By:_____
                                    Jeffrey K. Rubin, ABA 8206061
                                    Attorneys for Mark Holmstrand


**ORDER**

IT IS SO ORDERED.

DATED at Anchorage, Alaska, this ___ day of March, 2006.


                                 _____
                                 James K. Singleton
                                 U.S. DISTRICT COURT JUDGE

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

| | |
|---|---|
| 1 | Certificate of Service: |
| 2 | I certify that a copy of this document was mailed _____, faxed _____, hand delivered_____ on |
| 3 | March _____, 2006, to the following: |
| 4 | Jeffrey K. Rubin, Esq.<br>Friedman Rubin & White<br>1227 West 9th Avenue, Suite 201 |
| 5 | Anchorage, AK  99501 |
| 6 | Brewster Jamieson, Esq.<br>Lane Powell Spears & Lubersky |
| 7 | 301 W. Northern Lights Blvd., Ste. 301<br>Anchorage, AK  99503-2648 |
| 8 | By_____ |

**Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

STIPULATION OF DISMISSAL WITH PREJUDICE (Civil Rule 41(a)(1)[ii])
<u>Holmstrand v. Leimgruber</u>, Case No. A05-66 CV (JKS)
Page 3 of 3