Scott Hendricks Leuning, Esq.
Clapp Peterson Van Flein Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK  99501
907 272-9272 telephone
907 272-9586 facsimile
sleuning@cpsattorneys.com
Attorney for the Robert Leimgruber

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK R.M. HOLMSTRAND,<br><br>                    Plaintiff,<br><br>v.<br><br>NEW YORK LIFE INSURANCE COMPANY, a foreign corporation; PAUL REVERE LIFE INSURANCE COMPANY, a Massachusetts corporation; UNUMPROVIDENT CORPORATION, a Delaware corporation (d/b/a *inter alia*, Paul Revere Life Insurance Company; Unum Life Insurance Company, a Maine corporation; Provident Life and Accident Insurance Company, a Tennessee corporation); and GENEX, a Pennsylvania corporation): and ROBERT LEIMGRUBER, an Alaskan resident,<br><br>                    Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A05-66 CV (TMB) |

**<u>ERRATA</u>**

ERRATA
Holmstrand v. Leimgruber et al., Case No. 3AN-05-5600 CI
Page 1 of 1

Scott Hendricks Leuning, Esq.
Clapp Peterson Van Flein Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK  99501
907 272-9272 telephone
907 272-9586 facsimile
sleuning@cpsattorneys.com
Attorney for the Robert Leimgruber

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK R.M. HOLMSTRAND,<br><br>                Plaintiff,<br><br>v.<br><br>NEW YORK LIFE INSURANCE COMPANY, a foreign corporation; PAUL REVERE LIFE INSURANCE COMPANY, a Massachusetts corporation; UNUMPROVIDENT CORPORATION, a Delaware corporation (d/b/a *inter alia*, Paul Revere Life Insurance Company; Unum Life Insurance Company, a Maine corporation; Provident Life and Accident Insurance Company, a Tennessee corporation); and GENEX, a Pennsylvania corporation): and ROBERT LEIMGRUBER, an Alaskan resident,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A05-66 CV (TMB) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**(Civil Rule 41(a)(1)[ii])**

Mark R.M. Holmstrand, Plaintiff, and Robert Leimgruber, Defendant, stipulate and agree pursuant to Federal Civil Rule 41(a)(1)[ii] that all claims which

STIPULATION OF DISMISSAL WITH PREJUDICE (Civil Rule 41(a)(1)[ii])
Holmstrand v. Leimgruber, Case No. A05-66 CV (JKS)
Page 1 of 2

were, or which could have been, the subject of the above-captioned litigation, shall be dismissed with prejudice. The parties have agreed to bear their respective attorney fees and costs.

DATED: 2/27/06                    CLAPP, PETERSON, VAN FLEIN,
                                  TIEMESSEN & THORSNESS, LLC


By: s/Scott Hendricks Leuning
    Scott Hendricks Leuning, ABA # 9708049
    Attorneys for Robert Leimgruber

DATED: 2/28/06                    FRIEDMAN, RUBIN & WHITE


By: s/Jeffrey K. Rubin
    Jeffrey K. Rubin, ABA 8206061
    Attorneys for Mark Holmstrand

Certificate of Service:

I certify that a copy of this
document was mailed _____,
faxed _____, hand delivered _____ on
March _____, 2006, to the following:

Jeffrey K. Rubin, Esq.
Friedman Rubin & White
1227 West 9th Avenue, Suite 201
Anchorage, AK  99501

Brewster Jamieson, Esq.
Lane Powell Spears & Lubersky
301 W. Northern Lights Blvd., Ste. 301
Anchorage, AK  99503-2648

By_____

STIPULATION OF DISMISSAL WITH PREJUDICE (Civil Rule 41(a)(1)[ii])
Holmstrand v. Leimgruber, Case No. A05-66 CV (JKS)
Page 2 of 2

Scott Hendricks Leuning, Esq.
Clapp Peterson Van Flein Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK  99501
907 272-9272 telephone
907 272-9586 facsimile
sleuning@cpsattorneys.com
Attorney for the Robert Leimgruber

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK R.M. HOLMSTRAND, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NEW YORK LIFE INSURANCE COMPANY, ) <br> a foreign corporation; PAUL REVERE LIFE ) <br> INSURANCE COMPANY, a Massachusetts ) <br> corporation; UNUMPROVIDENT ) <br> CORPORATION, a Delaware corporation ) <br> (d/b/a *inter alia*, Paul Revere Life Insurance ) <br> Company; Unum Life Insurance Company, a ) <br> Maine corporation; Provident Life and ) <br> Accident Insurance Company, a Tennessee ) <br> corporation); and GENEX, a Pennsylvania ) <br> corporation): and ROBERT LEIMGRUBER, ) <br> an Alaskan resident, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. A05-66 CV (TMB) |

**ORDER GRANTING STIPULATION FOR DISMISSAL**

/

/

ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE
<u>Holmstrand v. Leimgruber et al.</u>, Case No. 3AN-05-5600 CI
Page 1 of 2

Mark R. Holmstrand, Plaintiff, and Robert Leimgruber, Defendant, having entered into a stipulation of dismissal with prejudice that all claims shall be dismissed with prejudice,

**IT IS SO ORDERED.**

DATED at Anchorage, Alaska, this ___ day of March, 2006.

_____
Timothy M. Burgess
U.S. DISTRICT COURT JUDGE

Certificate of Service:

I certify that a copy of this
document was mailed _____,
faxed _____, hand delivered_____ on
March _____, 2006, to the following:

Jeffrey K. Rubin, Esq.
Friedman Rubin & White
1227 West 9th Avenue, Suite 201
Anchorage, AK  99501

Brewster Jamieson, Esq.
Lane Powell Spears & Lubersky
301 W. Northern Lights Blvd., Ste. 301
Anchorage, AK  99503-2648

By_____

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE
Holmstrand v. Leimgruber et al., Case No. 3AN-05-5600 CI
Page 2 of 2